**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 8 - 2017 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEVA GOLDMAN, on behalf of himself and all other similarly situated consumers, | Civil Action No. 1:17-cv-1648-ARR-JO |
| Plaintiff, | |
| -against- | CLASS ACTION |
| MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING, LLC and ENCORE CAPITAL GROUP, INC., | STIPULATION OF DISMISSAL WITH PREJUDICE |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties and their respective counsel as follows that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety against defendants Midland Credit Management, Inc., Midland Funding, LLC and Encore Capital Group, Inc., with prejudice, and without costs to any party. The parties reserve the right to reopen this matter within sixty (60) days, if their agreed-to settlement is not consummated.

Dated: New York, New York
       February 24, 2017

| | |
|---|---|
| Marshall, Dennehey, Warner Coleman & Goggin | Adam J. Fishbein, P.C. |
| By: __/s/ Joseph A. Hess__ | By: __/s/ Adam J. Fishbein__ |
| Joseph A. Hess, Esq. | Adam J. Fishbein, P.C. |
| Attorneys for Defendants | Attorney for Plaintiff |
| *Midland Credit Management, Inc.* | Sheva Goldman |
| *Midland Funding, LLC and* | 735 Central Avenue |
| *Encore Capital Group, Inc.* | Woodmere, New York 11598 |
| 88 Pine Street, 21st Floor | (516) 668-6945 |
| New York, New York 10005-1811 | |
| (212) 376-6438 | |

1

SO ORDERED:

/s/(ARR)
_____
U.S.D.J.